No. 10–8036.  SIMPSON v. KAPELUCK ET AL.  C. A. 4th Cir. Certiorari denied.

No. 10–8037.  SPIKES v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 10–8038.  REEVES v. GAETZ, WARDEN, ET AL.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 10–8040.  KELLY v. CITY OF CONWAY, ARKANSAS, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 10–8041.  DAVOLT v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 10–8043.  DENNISON v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8049.  MELTON v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–8054.  BISHOP v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 10–8058.  STARNES v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 10–8064.  WALKER v. WOODFORD ET AL.  C. A. 9th Cir. Certiorari denied.

No. 10–8065.  WELLS v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 10–8066.  CASTRO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–8067.  BOWIE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.